so som

Certified Bond of fact special filed
reply Correspondence 546364886
of Don't type it EH546364915 US

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 03 2012
4:30 pm
DISTRICT OF HAWAII

Rhonda Lee Norwood-Ching
74-991 Manowalea Street
apartment C101 Kealakehe Division
Kailua - Hawaii 96740-1442

CV12 00011 SOM KSC

United States of America Federal Courts in

The United States District Court of District Hawaii
Circuit Tracking 08-1-137K Docket 2923 (seal)
plaintiff Rhonda Lee Norwood-Ching
James R. Hake Leona Akiona
Ms. Elizabeth France
Senator Daniel K. Akonye
Versus

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 05 2012
at 2 o'clock and 45 min. P M.
SUE BEITIA, CLERK

Defendants of appellates and appellate associates
Greg Nakamura
Harry P. Freitas
Barbara T. Takase
Ronald Ibarra
Glen S. Hara
Terence V. Yoshioka
Alley K. Kuna jr.
Robert Bunda
Suzanne Chun-Oakland
J. Kalani English
Will Espero
Carol Fukunaga
Mike Gabbard
Brickwood Galuteria
Josh Green
Colleen Hanabusa
Clayton Hee
Fred Hemmings

Annexation plaintiff Rhonda Lee Norwood-Chung's Docket 29231 filed 10/6/2008 9/7/2011 Cellphone Federal Circuit Tracking Regulation of contempt.    08-1-137K (seal)

Certified EH546364915US

Defendants:

- Glen Wakai
- Gene Ward
- Jessica Wooley
- Ryan I. Yamane
- Kyle T. Yamashita
- Rosalyn H. Baker
- Kameo Tanaka
- Roy M. Takumi
- Tommy Waters
- Bob Hogue
- Gordon Trimble
- Paul Whalen
- Felipe P. Abinsay Jr.
- Dennis A. Arakaki
- Lyla B. Berg (phd)
- Rida T.R. Cabanilla
- Kirk Caldwell
- Helene H. Haly
- Chris Halford
- Bev Harbin
- Micheal Puamamo Kahikina
- Ezra R. Kanoho
- Bertha C. Kawakami
- Collee Rose Meyer
- Mark S. Moses
- Brain Schatz
- Alex M. Sonson
- Joseph M. Souki
- Anne V. Stevens
- Bud Stonebraker
- Jennifer Lo Ching
- Kenneth E. Enright
- Christine Kuriyama

Annexation Rhonda Lee Harwood-Ching, Docket 29231
Certified EH546364915US Circuit Tracking
(seal) 08-1-137A
Judicial Regulation
Defendant's attachment filed 10/6/2008 Code a prive police Amoeba

Karen M. Radius
A. Bode Uale
R. Mark Browning
Micheal F. Broderick
Reynaldo D. Graulty
Patrick W. Border
Frances Q.F. Wong
Fa'auuga Tootoo
Barbara P. Richardson
Clarence A. Pacarro
Russel S. Nagata
Edwin C. Nacino
Christopher P. McKenzie
David W. Lo
Faye M. Koyanagi
Gerald H. Kibe
Leslie A. Hayashi
Hilary Gangnes
William E Cardwell
Coletti Y. Garibaldi
Micheal D. Wilson
Marcia J. Waldorf
Micheal A. Town
Karl K Sakamoto
Richard W. Pollack
Richard K. Perkins
Rhonda A. Nishimura
Sabrina S. McKenna
Victoria S. Marks
Randal K.O. Lee
Colleen K. Hirai
Eden E. Hifo
Dexter D. Del Rosario

Annotation Plaintiff Rhonda Lee Norwood-Ching Docket
Federal Regulation Filed Code a phone                Circuit Tracking
Honolulu police Station Contempt                     08-1-137 K
10/6/2008                        (oral)              Certified EH546364915US

Defendants:

Virginia L Crandall
Gary W. B. Chang
Derrick H. M. Chan (chanee)
Karen Norwood Blondin
Bert I Ayabe
Steven S. Alm
Karen S. S. Ahn
James E. Duffy junior
Simeon R. Acoba junior
Paula A. Nakayama
Steven H. Levinson
Ronald T. Moon
Alexa D. M. Fuise
Craig H. Nakamura
Daniel R. Foley
John S. W. Lim
Corinne K. A. Watanabe
James S. Burns
Akaka Daniel (Kahikina)
Al saccaca
Neil Abercrombie
ED Case
Duu Mazie
Nestor R. Garcia
Gary H. Okino
Romy M. Cachola
Rod Tam
Ann Kobayashi
Charles K. Djou
Ikaika Anderson
Donovan M. DelaCruz
Todd K. Apo
Jill N. Tokuda

Annexation Plaintiff Rhonda Lee Norwood-Ching Docket 29231
(case) Circuit Track 08 ore
certified 5463649150s       Federal Regulator
Defendants Contempt filed Honolulu Police Code & phone

| | |
|---|---|
| Gem Tech | Gemini Chris |
| Genco Auto sales | Gemini Auto Care |
| Genders Patricia | Gemfire |
| Gendkay Keith | Gemer Alan |
| Gendron Sylvie | Gelman Megan Margo |
| Genegabus Veronica/Victorino | Gelman Lance |
| General appliance Inc. | Gelfer Gelier Giller |
| General Construction Pacific | Gelier Stewart |
| Gen Care ili Edward A. | Geller K. elen |
| Genaro J. H. | Gelineau Clarence |
| Genaro Anthony | General Contractor D.D.L |
| Gemini 8M Telescope project | General Diversified Development Corporation Youthbuild |
| General Lymonfield Airport | |
| Generation Sanitation Service | GEICO Insurance |
| Generator Wizaards | * Geer Ed DJ Mobile Co. |
| GeneScritti Sean F. | Geesiman Deborah |
| Gehrhardt Cathleen | Geiser Gist Bernard |

Annotation plaintiff Rhonda Lee Norwood - Chy Pocket
Certified EH546364915US  Circuit tracker
08/1/13/12
Defendants Contempt Codeaphone proof Honda Federal Regulation 714

| | |
|---|---|
| Geddes - eddi Richard | Geddes eddy Giltneer |
| GeDeon CJ | Geiger H. |
| Gee -D | Geigerber Margie |
| Geer Alfred Stephen | Geiger Munsok |
| Geer - Green - Renee C. | Geiger Kevin |
| Geiger Stephen | Gene Siran Juanita |
| Greisfear Glen | Gene Siran Tiborcio |
| Geissler Ralph | Genesis Galleries |
| Geist Peter Mark | King Shop |
| Geifer Mark Hall | four season Resorts |
| Gelacio Jovita | Waikaloa Beach Drive |
| Gelber David | Queens Market place |
| Geldhof A. | Foster Gary Carey |
| Geliga Darren & Kathryn (mury) | Richardson Anderson |
| Ridder Sande | Betty Rugbe |
| Joh Diehl | Rusty Brown |
| Doe Boy appe Delgatte | Ron Roger Crocker |

Federal State of Hawaii Annotation Rule of Case Docket 29231 Plaintiff Rhondalei Morwood-Ching Circuit Tracking action No 08-1-137K — Motion by attachment to Rule 26, 55, 63, 65, 69 and 70 action service 75, 66 of 79 and 78 pursuant statutory limitations Rule 89, 97.

Certified filed EH54364915US

Defendants: Fred Hemmings
Gary L Hooser
David Y. IGE
Les Ihara
Michelle Kidani
Donna Mercado-Kim
Russell S. Kokubun
Clearance K. Nisihara
Norman Sakamoto
Sam Slom
Dwight Y. Takamine
Brain T. Taniguchi
Jill N. Tokuda
Shan S. Tsutsui
Henry J. C. Aquino
Karen Leinani Awana
Della Au Belatti
Lyla B. Berg
Joe Bertram
Tom Bower-Brower
Joesph Loren-Endo
Ridd T. R. Cabanilla
Mele Carroll
Jerry L. Chang
Corinne Chang
Corinne W. K. Ching
Pono Chong
Isaac W. Choy
Denny Coffman
Cindy Banks-Evans

Annexation plaintiff Rhonda Lee Norwood-Ching   Docket 29221
Circuit Tracking
08-1-137K
EHS#63649/5 US

Defendants:   Rule 26, 75 and 66 attachment Certify filed
    Lynn Finnegan
    Faye P. Hanohano
    Sharon E. Har
    Robert N. Herkes
    Ken Ito
    Jon Riki Karamatsu
    Gilbert Keith-Agaran
    Chris Lee
    Marilynn B. Lee
    Sylvia Luke
    Micheal Y. Magaoay
    Joey Manahan
    Barbara C. Marumoto
    Angus L. K. McKelvey
    John Mizuno
    Hermina M. Morita
    Mark M. Nakashima
    Scott Y. Nishimoto
    Blake K. Oshiro
    Marcus R. Oshiro
    Kymberly Marcos Pine
    Karl Rhoads
    Roland D'sagum
    Scott K. Saiki
    Calvin K. Y. Say
    Maile S. L. Shimabukuro
    Joseph M. Souki
    Bert Mottoor
    Mark Takai
    Roy M. Takumi
    Cynthia Thielen
    James Kunane Tokioka
    Clift Tsuji

Annexation Plaintiff Rhonda Lee Norwood-Ching Docket 29231
Circuit Tracking
Cite a phone Honolulu police station federal regulation
9/4/2011
Defendants Contempt filed 10/6/2008 Certified 5463649 US
5463649 15 US

Matsunaga S. Park
  Hirono Mazie
  Joe Bertam III
  David Keanu Sai
  David Seisin Joesph
  George M. Robertson
  William L. Lee
  Sanford B. Dole
  Porteus Jones
  Zachary Kapule Sr.
  Leneva Eugenia
  Su Zurain
  Henry Campbell Black; Blacky

---

Motion Rule 63, 55, XX, XX, XX, 24, 25, 75 and 78. 7947
Annexation Plaintiff Case 29231
Circuit Tracking 08-1-137K

Rhonda Lee Norwood-Ching

To Defendants Request to Approve at Record 10 of pages
Certified Bond filed Federal Regulator
EH 549 364 915 US

attachment of filing Federal Regulation Code & Phone Carrier of Motion of fact involuntary forced released Memorandum of Defendants and family members onto the unknown of court as was case investigation 09-2332 of filed Rule (2)(5) pursuant to (15)(16)(17)(20) and (22) of Limitation Statutory (63)(55)(21)(70)(176)(65)(69)(75)(66) of action (79) and (78) pursuant to (89) and (87) Federal State Rules of jurisdiction Federal State of Hawaii fact to findings 71.118  71.119  107.104  101.101 107.101 action Federal filing (37.6 & Federal Statute)any page of Consistent Statutory Limitation On file 18 USC 3006 (A)(C)(B) of Administrative Rules Violations Chapter 13-230-22 associated to fact Rule 8(i)

(11) Schedule Reading of Charges of Federal Statutory Acts & Consistent Fact Accumulated Reports to mine of Denial of Lengthy Duties of Malpractice (Civil)
8/30/2011  Ricky Lee Norwood-Ching (Seal)